IKUTA, Circuit Judge, concurring: Under 9 U.S.C. § 16(a) “an appeal may be taken from—(1) an order—(E) modifying, correcting, or vacating an award.” Eli-zondo appeals from a district court order vacating an award, so we have jurisdiction under § 16. Because Congress has spoken clearly, there is no need to engage in an examination of the policies underlying § 16(a) or the' potential meaning of Congressional silence to determine the scope of this jurisdictional grant. See New Orleans Pub. Serv., Inc. v. Council of City of New Orleans, 491 U.S. 350, 358-59, 109 S.Ct. 2506, 105 L.Ed.2d 298 (1989) (“Congress, and not the Judiciary, defines the scope of federal jurisdiction within the constitutionally permissible bounds.”). Therefore,-! agree we have jurisdiction over this appeal but do not join Section I of the majority.